IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CEMENT AND CONCRETE WORKERS DC BENEFIT FUND, | ) ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| THE NEW YORK AND PRESBYTERIAN HOSPITAL, | ) ) ) | Case No.: 25-cv-6140 |
| Defendant(s) | ) ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __CCWDC Benefit Fund__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) __New York-Presbyterian__.

Date: September 18, 2025

/s/ Jamie Crooks
*Signature of plaintiffs or plaintiff's counsel*

400 7th St. NW, Ste. 304
*Address*

Washington, DC 20004
*City, State & Zip Code*

619-507-4182
*Telephone Number*