IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CEMENT AND CONCRETE WORKERS DC BENEFIT FUND,
    Plaintiff(s)
v.
THE NEW YORK AND PRESBYTERIAN HOSPITAL,
    Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 25-cv-6140

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) _CCWDC Benefit Fund_ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _New York-Presbyterian_.

Date: September 18, 2025

/s/ Jamie Crooks
Signature of plaintiffs or plaintiff's counsel

400 7th St. NW, Ste. 304
Address

Washington, DC 20004
City, State & Zip Code

619-507-4182
Telephone Number

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
/s/ Loretta A. Preska
LORETTA A. PRESKA, U.S.D.J.

9/22/25